FID# 10451381

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Maria Elena Zuniga<br><br>*Defendant* | )<br>)<br>) Case No.   6-CR-17-86-2<br>)<br>)<br>)<br>) |

EASTERN DISTRICT OF CALIFORNIA
CASE NO. 5:18-mj-00016-JLT

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Maria Elena Zuniga
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Ct. 1: did knowingly and intentionally conspire to transport undocumented aliens within the United States: 8 USC 1324.

Amount of bail: NO BOND

Date:   Nov. 20, 2017

David J. Bradley, Clerk of Court

by _____Leticia Garza_____
*Issuing officer's signature*: Leticia Garza, Deputy Clerk

City and state:   Corpus Christi, Texas

B. JANICE ELLINGTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/28/2017, and the person was arrested on *(date)* 02/21/18
at *(city and state)* Shafter, CA

Date:   02/21/18

_____
*Arresting officer's signature*

Veronica Pike, Special Agent HSI
*Printed name and title*

United States Courts
Southern District of Texas
FILED

NOV 16 2017

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| UNITED STATES OF AMERICA | § | **SEALED** |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| JOSE MARIA ZUNIGA-GUTIERREZ | § | V-17-86 |
| MARIA ELENA ZUNIGA | § | |
| JUAN JOSE ZUNIGA-GUTIERREZ | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about December 2012, to on or about January 2015, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

JOSE MARIA ZUNIGA-GUTIERREZ,
MARIA ELENA ZUNIGA,
and JUAN JOSE ZUNIGA-GUTIERREZ,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

        A TRUE BILL:
        <u>ORIGINAL SIGNATURE ON FILE</u>
        FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: *[signature]*
PATTI HUBERT BOOTH
Assistant United States Attorney

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: V-17-86 |
| JOSE MARIA ZUNIGA-GUTIERREZ<br>MARIA ELENA ZUNIGA<br>JUAN JOSE ZUNIGA-GUTIERREZ | § § § § | |

### ORDER UNSEALING INDICTMENT

On Motion of the United States, the Indictment and all related documents in the above matter is hereby Ordered unsealed as to all defendants JOSE MARIA ZUNIGA-GUTTIERREZ, MARIA ELENA ZUNIGA and JUAN JOSE ZUNIGA-GUTTERREZ.

SIGNED on 22nd day of February, 2018.

UNITED STATES MAGISTRATE JUDGE
JUDGE B. JANICE ELLINGTON