FID # 10451381

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Maria Elena Zuniga

*Defendant*

Case No. 6-CR-17-86-2

SEALED

RECEIVED UNITED STATES MARSHAL
CORPUS CHRISTI, TEXAS SOUTHERN TEXAS
17 NOV 20 AM 9:40

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Maria Elena Zuniga

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Ct. 1: did knowingly and intentionally conspire to transport undocumented aliens within the United States: 8 USC 1324.

Amount of bail: NO BOND

Date: Nov. 20, 2017

David J. Bradley, Clerk of Court

by _Leticia Garza_
*Issuing officer's signature*: Leticia Garza, Deputy Clerk

City and state: Corpus Christi, Texas

B. JANICE ELLINGTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/2017, and the person was arrested on *(date)* 02/21/18
at *(city and state)* Shafter, CA

Date: 02/21/18

*Arresting officer's signature*

Veronica Pike, Special Agent HSI
*Printed name and title*